# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAMAR SMITH, et al.,<br><br>                     Plaintiffs,<br><br>          v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                     Defendants. | Case No.  1:14-cv-00060-SAB-LJO<br><br>ORDER RE DEFENDANTS' MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 23)<br><br>TWENTY-FOUR HOUR DEADLINE |

On October 28, 2013, Plaintiffs filed this class action alleging deliberate indifference in violation of the Eighth Amendment in the Sacramento Division of the Eastern District of California.  On January 16, 2014, the action was transferred to the Eastern District of California.  On January 28, 2014, the action was related to Jackson v. State of California, 1:13-cv-01055-LJO-SAB (E.D. Cal.) and was reassigned to the undersigned.  On March 13, 2013, Defendants filed a motion for an extension of time to file a responsive pleading due to Plaintiffs' failure to stipulate unless service was waived for outstanding defendants in this action and for defendants in Beagle v. Schwarzenegger, 2:14-cv-00410-MCE-KJN (E.D. Cal.).

Plaintiffs shall file an opposition or statement of non-opposition to Defendants' motion for an extension of time by close of business on Friday, March 14, 2014.  L.R. 230(l).  Should Plaintiffs file an opposition to the motion, the parties shall be prepared to argue the motion on

1

1  shortened time.  If an opposition is filed, the Court will set a hearing on the motion for Monday,
2  March 17, 2014, and the parties will be informed of the time to appear.  L.R. 230(b).

IT IS SO ORDERED.

Dated:   **March 13, 2014**

UNITED STATES MAGISTRATE JUDGE