FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mdodd@fddcm.com
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Defendant*
*J. Clark Kelso*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DION BARNETT;<br>DANNY DALLAS;<br>CHRISTOPHER GARNER;<br>RODNEY RAY ROBERTS;<br>JEREMY ROMO;<br>COREY LAMAR SMITH,<br><br>            PLAINTIFFS,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER,<br>FORMER GOVERNER OF THE STATE<br>OF CALIFORNIA;<br><br>JEFFREY A. BEARD, PH.D.,<br>SECRETARY OF THE CALIFORNIA<br>DEPARTMENT OF CORRECTIONS<br>AND REHABILITATION (CDCR);<br><br>PAUL D. BRAZELTON, CURRENT<br>WARDEN, PLEASANT VALLEY<br>STATE PRISON;<br><br>EDMUND G. BROWN, GOVERNOR<br>OF THE STATE OF CALIFORNIA;<br><br>MATTHEW CATE, FORMER<br>SECRETARY OF THE CALIFORNIA<br>DEPARTMENT OF CORRECTIONS<br>AND REHABILITATION;<br><br>JAMES D. HARTLEY, WARDEN<br>AVENAL STATE PRISON; | Case No. 1:14-cv-00060-LJO-SAB<br><br>Related Cases:  1:13-cv-01055-LJO-SAB<br>                1:14-cv-00430-LJO-SAB<br><br>**STIPULATED APPLICATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint Filed: January 28, 2014 |

| | |
|---|---|
| 1 | SUSAN L. HUBBARD, FORMER DIRECTOR, DIVISION OF ADULT OPERATIONS; |
| 2 | |
| 3 | DEBORAH HYSEN, CHIEF DEPUTY SECRETARY, FACILITIES PLANNING, CONSTRUCTION & MANAGEMENT; |
| 4 | |
| 5 | |
| 6 | DR. FELIX IGBINOSA, MEDICAL DIRECTOR, PLEASANT VALLEY STATE PRISON; |
| 7 | |
| 8 | J. CLARK KELSO, THE HEAD OF THE CALIFORNIA CORRECTIONS HEALTH CARE SERVICES; |
| 9 | |
| 10 | CHRIS MEYER, SENIOR CHIEF, FACILITIES PLANNING, CONSTRUCTION & MANAGEMENT |
| 11 | |
| 12 | TANYA ROTHCHILD, FORMER CHIEF OF THE CLASSIFICATION SERVICES UNIT; |
| 13 | |
| 14 | DWIGHT WINSLOW, M.D., FORMER MEDICAL DIRECTOR, CDCR; |
| 15 | JAMES A. YATES, FORMER WARDEN OF PLEASANT VALLEY STATE PRISON; AND |
| 16 | |
| 17 | UNKNOWN DEFENDANTS 1-100, |
| 18 | DEFENDANTS, |
| 19 | SUED IN THEIR INDIVIDUAL CAPACITIES. |
| 20 | |

**STIPULATED APPLICATION**

Plaintiffs and Defendant J. Clark Kelso ("Kelso"), by and through their respective counsel, hereby bring this stipulated application pursuant to Civ. L.R. 144(b) to grant Kelso a 28-day extension of time, through and including June 5, 2014, within which to respond to the First Amended Complaint on file herein.

The parties previously agreed to two 28-day extensions of time by stipulation making Kelso's response to the First Amended Complaint due on May 8, 2014.

/ / /

Good cause exists to grant this stipulated application because the parties are in discussions concerning resolution of this matter between them.  Although they have made significant progress in discussing a resolution, they have not completed the writing memorializing their settlement.

Therefore, Plaintiffs and Kelso respectfully request that the Court grant a 28-day extension of time for Kelso to respond to the First Amended Complaint to and including June 5, 2014.

Dated:  May 5, 2014                          FUTTERMAN DUPREE DODD
                                             CROLEY MAIER LLP

                                             By: /s/ Martin H. Dodd
                                                     Martin H. Dodd
                                             *Attorneys for Defendant J. Clark Kelso*

Dated:  May 5, 2014                          LAW OFFICES OF
                                             BENJAMIN PAVONE, PC

                                             By: /s/ Benjamin Pavone
                                                  (as authorized on 5/5/2014)
                                                     Benjamin Pavone, Esq.
                                             *Attorneys for Plaintiffs Dion Barnett et al.*

### ORDER

For good cause shown, the Stipulated Application of Plaintiffs and Kelso to grant Kelso a 28-day extension of time to respond to the First Amended Complaint IS HEREBY GRANTED. Kelso shall have through and including June 5, 2014 to file his response to the First Amended Complaint.

IT IS SO ORDERED.

   Dated:   **May 6, 2014**

                                             UNITED STATES MAGISTRATE JUDGE