**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREY LAMAR SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 1:14-cv-00060-LJO-SAB<br><br>ORDER TO DISMISS WITHOUT PREJUDICE DEFENDANT J. CLARK KELSO PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) (DOC. 46) |

Based on Plaintiffs' notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Doc. 46, this Court DISMISSES without prejudice all claims against defendant J. Clark Kelso only. The Clerk of Court is directed not to close this action.

**SO ORDERED**
**Dated: May 22, 2014**

 **/s/ Lawrence J. O'Neill**
 **United States District Judge**

1