UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| DION BARNETT;<br>DANNY DALLAS;<br>CHRISTOPHER GARNER;<br>RODNEY RAY ROBERTS;<br>JEREMY ROMO;<br>COREY LAMAR SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, FORMER GOVERNER OF THE STATEOF CALIFORNIA;<br><br>JEFFREY A. BEARD, PH.D., SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR);<br><br>PAUL D. BRAZELTON, CURRENT WARDEN, PLEASANT VALLEY STATE PRISON;<br><br>EDMUND G. BROWN, GOVERNOR OF THE STATE OF CALIFORNIA;<br><br>MATTHEW CATE, FORMER SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION;<br><br>JAMES D. HARTLEY, WARDEN | Case No.  1:14-cv-00060-LJO-SAB<br><br>Related Cases:  1:13-cv-01055-LJO-SAB; 1:14-cv-00430-LJO-SAB<br><br>**ORDER GRANTING EX-PARTE APPLICATION FOR EXTENSION OF 1-DAY TO FILE RESPONSE TO ORDER TO SHOW CAUSE RE CONSOLIDATION**<br><br>Magistrate Judge     Hon. Stanley A. Boone |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4852-8768-4635 v1

1:14-CV-00060-LJO-SAB
[PROPOSED] ORDER

| | |
|---|---|
| 1 | AVENAL STATE PRISON; |
| 2 | SUSAN L. HUBBARD, FORMER DIRECTOR, DIVISION OF ADULT OPERATIONS; |
| 3 | |
| 4 | DEBORAH HYSEN, CHIEF DEPUTY SECRETARY, FACILITIES PLANNING, CONSTRUCTION & MANAGEMENT; |
| 5 | |
| 6 | |
| 7 | DR. FELIX IGBINOSA, MEDICAL DIRECTOR, PLEASANT VALLEY STATE PRISON; |
| 8 | |
| 9 | J. CLARK KELSO, THE HEAD OF THE CALIFORNIA CORRECTIONS HEALTH CARE SERVICES; |
| 10 | |
| 11 | CHRIS MEYER, SENIOR CHIEF, FACILITIES PLANNING, CONSTRUCTION &MANAGEMENT; |
| 12 | |
| 13 | TANYA ROTHCHILD, FORMER CHIEF OF THE CLASSIFICATION SERVICES UNIT; |
| 14 | |
| 15 | DWIGHT WINSLOW, M.D., FORMER MEDICAL DIRECTOR, CDCR; |
| 16 | |
| 17 | JAMES A. YATES, FORMER WARDEN OF PLEASANT VALLEY STATE PRISON; AND UNKNOWN DEFENDANTS 1-100, |
| 18 | |
| 19 | Defendants. |
| 20 | |
| 21 | SUED IN THEIR INDIVIDUAL CAPACITIES. |
| 22 | |

23  GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the ex

24 parte application of defendants F. IGBINOSA, M.D. and D. WINSLOW, M.D. for

25 ///

26 ///

27 ///

28 ///

a one (1) day extension of time in which to file their response to the Court's Order to Show Cause re Consolidation, up to and including May 22, 2014.

IT IS SO ORDERED.

Dated: __**May 22, 2014**__

UNITED STATES MAGISTRATE JUDGE