## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAMAR SMITH, et al., | Case No. 1:14-cv-00060-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS TO IDENTIFY THE CONSOLIDATED COMPLAINT |
| v. | (ECF Nos. 83, 84) |
| ARNOLD SCHWARZENEGGER, et al., | DEADLINE AUGUST 26, 2014 |
| Defendants. | |

On August 18, 2014, an order issued consolidating related cases and this action was designated as the lead case. Plaintiffs were ordered to file a consolidated complaint in the action within fourteen days. On August 22, 2014, Plaintiffs filed a first amended complaint and a second amended complaint.

The August 18, 2014 order required the parties to file a single consolidated complaint. Plaintiffs shall identify which complaint is intended to be their consolidated complaint and the other complaint filed August 22, 2014 shall be stricken from the record. If neither of the complaints is the consolidated complaint, the parties shall notify the court and they shall both be stricken from the record. If neither of the complaints filed August 22, 2014 is the consolidated complaint, Plaintiffs shall inform the Court if they intend to file a consolidated complaint by September 2, 2014.

Accordingly, IT IS HEREBY ORDERED that by the close of business on Tuesday,

August 26, 2014, Plaintiffs shall either 1) notify the Court which of the complaints filed August 22, 2014, is the consolidated complaint; or 2) if they intend to file a consolidated complaint by September 2, 2014. Failure to file a consolidated complaint in compliance with the August 18, 2014 order shall result in this action being dismissed.

IT IS SO ORDERED.

Dated:   **August 25, 2014**

UNITED STATES MAGISTRATE JUDGE