# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAMAR SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. 1:14-cv-00060-LJO-SAB<br><br>ORDER STRIKING FIRST AND SECOND AMENDED COMPLAINTS AND GRANTING EXTENSION OF TIME TO FILE CONSOLIDATED COMPLAINT<br><br>(ECF Nos. 83, 84, 86, 87, 88)<br><br>DEADLINE: DECEMBER 1, 2014 |

On August 18, 2014, an order issued consolidating related cases and Plaintiffs were ordered to file a consolidated complaint within fourteen days. On August 25, 2014, the plaintiffs filed a first amended complaint in the related <u>Beagle</u> action and second amended complaint in this action. The court issued an order requiring the plaintiffs to identify which was the consolidated complaint. On August 26, 2014, Plaintiffs filed a reply stating that the amended complaints were filed due to Judge O'Neill's order which was issued on July 30, 2014. Plaintiffs additionally requested an extension of 90 days to file the consolidated complaint in this action.

Based upon Plaintiffs' reply and this Court order of August 18, the Court shall strike the complaints filed on August 22, 2014 (ECF Nos. 83 and 84). Based on the Plaintiffs' response, the Court finds good cause to grant the extension of time requested.

Based on the foregoing, IT IS HEREBY ORDERED that the first amended complaint and second amended complaint filed August 22, 2014 are STRICKEN from the record. Plaintiffs'

request for an extension of time is GRANTED and the consolidated complaint shall be filed on or before December 1, 2014.

IT IS SO ORDERED.

Dated:  **August 27, 2014**

UNITED STATES MAGISTRATE JUDGE