# NITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAMAR SMITH, et al., | Case No. 1:14-cv-00060-LJO-SAB |
| Plaintiffs, | ORDER VACATING INITIAL SCHEDULING CONFERENCE |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On September 15, 2014, an informal telephonic conference was held in this action to address the initial scheduling conference set for October 10, 2014 and taking the early deposition of Plaintiff Baker due to health issues. Counsel Matthew B. Pavone and David Elliot appeared for Plaintiffs, Counsel Jay Russell, Jon S. Allin, and Michelle L. Angus appeared for the State of California defendants, and Counsel J. Leah Castella also appeared. As discussed during the telephonic conference, IT IS HEREBY ORDERED that:

1. The initial scheduling conference set for October 10, 2014 is VACATED and shall be reset after an answer is filed;

2. A status conference is set for November 25, 2014 at 10:00 a.m. in Courtroom 9; and

3. The parties shall discuss setting a deposition of Plaintiff Baker and if necessary, Plaintiffs may file a motion for early discovery to conduct a deposition.

IT IS SO ORDERED.

Dated:  **September 15, 2014**

UNITED STATES MAGISTRATE JUDGE

1