1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11 | COREY LAMAR SMITH, et al.,              Case No.  1:14-cv-00060-LJO-SAB

12 |              Plaintiffs,               ORDER REGARDING DISCOVERY

13 |        v.

14 | ARNOLD SCHWARZENEGGER, et al.,

15 |              Defendants.

16

17       On October 10, 2014, the Court conducted a scheduling conference in the related matter

18 of Arthur Duane Jackson, et al., v. State of California, et al., Case No. 1:13-cv-01055-LJO-SAB.

19 During the scheduling conference, the parties discussed a discovery plan whereby certain

20 procedures would govern discovery in this matter and in the related Jackson case.  The parties

21 sought to set procedures to avoid the need to conduct duplicative discovery in both cases.

22 However, the parties were unable to agree to a discovery plan during the scheduling conference.

23 Accordingly, the Court will order the parties to meet and confer to propose a discovery plan in

24 both cases.

25       Based upon the foregoing, it is HEREBY ORDERED that:

26    1.       On or before November 7, 2014, the parties shall meet and confer regarding a

27             discovery plan in this case and in the related case of Arthur Duane Jackson, et al.,

28             v. State of California, et al., Case No. 1:13-cv-01055-LJO-SAB.

1

2.      On or before November 14, 2014, the parties shall submit a join discovery plan;

3.      On or before November 14, 2014, the parties may propose additional procedures regarding the discovery plan which the parties could not jointly agree to, for the Court's consideration;

4.      If any additional procedures are submitted by a party, any party opposing such procedures may submit a response on or before November 21, 2014;

5.      On December 5, 2014, the Court shall conduct a hearing on the discovery plan. Depending on the submissions by the parties, the Court may require the parties to appear at the hearing in person; and

6.      The submissions by the parties outlined above need not be filed but shall be submitted to the Court via e-mail at saborders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **October 10, 2014**

_____
UNITED STATES MAGISTRATE JUDGE