# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAMAR SMITH, et al., | Case No. 1:14-cv-00060-LJO-SAB |
| Plaintiffs, | ORDER SETTING INFORMAL TELEPHONIC CONFERENCE TO DISCUSS AMENDMENT OF THE CONSOLIDATE COMPLAINT |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On December 16, 2014, Magistrate Judge Gary S. Austin, issued an order consolidating Blue v. Beard, et al., 1:14-cv-01074-LJO-GSA (PC), into this action. On December 18, 2014, Plaintiffs filed a notice of consolidated case. Accordingly, the Court shall hold an informal telephonic conference on Friday, January 16, 2015, at 9:30 a.m. to discuss the manner in which amendments to the consolidated complaint shall occur. The parties have been provided with the teleconference phone number and passcode.

Local Rule 220 provides that an amended complaint must be "complete in itself without reference to the prior or superseded pleading." Plaintiffs in this action have previously raised the issue of amendments to the complaint, and the Court has indicated that it is willing to consider the method in which the consolidated complaint is amended. The parties shall be provided with the opportunity file a plan for amending the consolidated complaint by Monday, January 12, 2015. Any response to the opposing party's plan shall be filed on or before Wednesday, January 14,

1

2015.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Either party may file a written plan for filing amendments to the consolidated complaint by January 12, 2015;
2. Responses to the opposing party's plan, if any, shall be filed on or before January 14, 2015; and
3. An informal teleconference shall be held before Magistrate Judge Stanley A. Boone on January 16, 2015 at 9:30 p.m. in Courtroom 9 to discuss the manner in which amendments to the consolidated complaint shall occur.

IT IS SO ORDERED.

Dated:   **December 30, 2014**

UNITED STATES MAGISTRATE JUDGE