UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAMAR SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 1:14-cv-60-LJO-SAB<br><br>ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT J. CLARK KELSO (DOC. 133) |

On January 22, 2015, Plaintiffs filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 133 at 1. Plaintiffs request that the Court issue an order dismissing the complaint without prejudice against Defendant J. Clark Kelso only.

Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES the complaint without prejudice against Defendant J. Clark Kelso only.

SO ORDERED
Dated: January 23, 2015

                                            /s/ Lawrence J. O'Neill
                                            **United States District Judge**