KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
MICHELLE L. ANGUS, State Bar No. 210031
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2395
 Fax: (916) 324-5205
 E-mail: Michelle.Angus@doj.ca.gov
*Attorneys for Defendants
Beard, Brazelton, Cate, Hartley, Hubbard, Hysen,
Kernan, Meyer, Rothchild, Schwartz-Reagle,
Schwarzenegger, and Yates*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **COREY LAMAR SMITH, et al.,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                        Defendants. | 1:14-CV-00060-LJO-SAB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |

/ / /

/ / /

/ / /

1  The parties stipulate under Local Rule 144(a) to an extension of time for Defendants to respond to the Consolidated Complaint.  Defendants shall have until February 6, 2015, to respond to the Consolidated Complaint.  Plaintiffs shall have until noon on March 13, 2015, to file an opposition to Defendants' contemplated motion to dismiss, and Defendants shall have until March 20, 2015, to file a reply.

Dated:  January 26, 2015

LAW OFFICES OF BENJAMIN PAVONE, PC

BENJAMIN PAVONE
*Attorney for Plaintiffs*

Dated:  January 26, 2015

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s/ Michelle L. Angus*
MICHELLE L. ANGUS
Deputy Attorney General
*Attorneys for Defendants*
*Beard, Brazelton, Cate, Hartley, Hubbard, Hysen, Kernan, Meyer, Rothchild, Schwartz-Reagle, Schwarzenegger, and Yates*

Dated:  January 26, 2015

BURKE, WILLIAMS & SORENSEN, LLP - LOS ANGELES

SUSAN E. COLEMAN
KRISTINA DOAN
*Attorney for Co-Defendants*
*F. Igbinosa M.D. and D. Winslow, M.D.*

IT IS SO ORDERED.

Dated:  **January 27, 2015**

UNITED STATES MAGISTRATE JUDGE