# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAMAR SMITH, et al., | Case No. 1:14-cv-00060-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On February 23, 2015, the parties to this action filed a stipulation to amend the consolidated complaint, filed November 10, 2015 to correct the CDCR number of Plaintiff Edward Spence. Accordingly, the consolidate complaint is amended to correct the CDCR number of Plaintiff Edward Spence to F34865.

IT IS SO ORDERED.

Dated:   **February 24, 2015**

UNITED STATES MAGISTRATE JUDGE

1