IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAMAR SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No. 1:14-cv-00060-LJO-SAB <br><br> ORDER SHORTENING TIME TO HEAR MOTION TO CONTINUE HEARING ON MOTION TO DISMISS |

The Court, having considered Defendants Beard, Brazelton, Cate, Hartley, Hubbard, Hysen, Kernan, Meyer, Rothchild, Schwartz-Reagle, Schwarzenegger, and Yates' application for an order shortening time to hear motion to continue hearing, and good cause having been found:

IT IS HEREBY ORDERED that:

1. Defendants' application for an order shortening time to hear motion to continue hearing is granted;

2. Defendants motion for an order shortening time to hear motion to continue is considered filed as attached to the application to shorten time; and

3. Plaintiffs shall file an opposition to the motion to continue the hearing, if any, by March 10, 2015.

IT IS SO ORDERED.

Dated:   **March 5, 2015**

UNITED STATES MAGISTRATE JUDGE