# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAMAR SMITH, et al., | Case No. 1:14-cv-00060-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO CONTINUE HEARING |
| v. | (ECF Nos. 146, 147, 149, 150) |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Defendants filed a motion to dismiss on February 6, 2015, with a hearing on the motion set for March 27, 2015. On March 5, 2015, Defendants Beard, Brazelton, Cate, Hartley, Hubbard, Hysen, Kernan, Meyer, Rothchild, Schwartz, Schwarzenegger and Yates filed an application to shorten time to hear a motion and a motion to continue the March 27, 2015 hearing. The Court granted the application to shorten time; and Plaintiffs were ordered to file an opposition to the motion. On March 6, 2015, Plaintiffs filed an opposition. On March 9, 2015, Defendants Igbinosa and Winslow filed a notice of joinder in the motion to continue the hearing and the parties filed a stipulation to continue the hearing.

The Court shall approve the stipulation to continue the hearing to April 15, 2015.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Defendants' motion to dismiss (ECF Nos. 138, 140) is continued from March 27, 2015 to April 15, 2015, at 10:00 a.m. in Courtroom 9;

1

    2.    Plaintiffs' opposition to the motion to dismiss shall be filed on or before April 1, 2015; and

    3.    Defendants' reply shall be filed on or before April 8, 2015.

IT IS SO ORDERED.

Dated: **March 10, 2015**

UNITED STATES MAGISTRATE JUDGE