IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| COREY LAMAR SMITH, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　　　Defendants. | 1:14-cv-00060-LJO-SAB<br><br>ORDER ON STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS |

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　1.　　The hearing on Defendants' motion to dismiss set for April 15, 2015 is continued to April 29, 2015;

　　　2.　　Plaintiffs' opposition to the motion to dismiss shall be filed on or before April 15, 2015; and

　　　3.　　Defendants' reply, if any, shall be filed on or before April 22, 2015.

IT IS SO ORDERED.

Dated: __April 1, 2015__

UNITED STATES MAGISTRATE JUDGE