| | |
|---|---|
| LAW OFFICES OF<br>═══════════════<br>**PAVONE & FONNER, LLP**<br>═══════════════<br><br>**BENJAMIN PAVONE, ESQ.**<br>STATE BAR NUMBER 181826<br>7676 HAZARD CENTER DRIVE, 5TH FLOOR<br>SAN DIEGO, CALIFORNIA  92108<br>TELEPHONE: 619 224 8885<br>FACSIMILE: 619 224 8886<br>EMAIL: bpavone@cox.net | THE LAW OFFICES OF<br>═══════════════<br>**AFFELD GRIVAKES ZUCKER LLP**<br>═══════════════<br><br>**GREGG ZUCKER, ESQ., STATE BAR NO. 166692**<br>**VICTORIA NIEWRZOL, ESQ. STATE BAR 282889**<br>2049 CENTURY PARK EAST, SUITE 2460<br>LOS ANGELES, CALIFORNIA 90067<br>TELEPHONE: 310 979 8700<br>FACSIMILE: 310 979 8701<br>ZUCKER EMAIL: gz@agzlaw.com<br>NIEWRZOL EMAIL: vn@agzlaw.com |
| THE LAW OFFICES OF<br>═══════════════<br>**BURNS & SCHALDENBRAND**<br>═══════════════<br><br>**EDWARD BURNS, ESQ., STATE BAR NO. 201913**<br>**FREDERIK SPIESS, ESQ., STATE BAR NO. 221421**<br>509 NORTH COAST HIGHWAY<br>OCEANSIDE, CALIFORNIA 92054<br>TELEPHONE: 760 453 2189<br>FACSIMILE:  760 453 2194<br>BURNS EMAIL: ewburns@bsrlawyers.com<br>SPIESS EMAIL: frederik.spiess@bsrlawyers.com | THE LAW OFFICES OF<br>═══════════════<br>**DAVID ELLIOT, ESQ.**<br>═══════════════<br><br>**DAVID ELLIOT, ESQ., STATE BAR NO. 270381**<br>600 WEST BROADWAY, STE. 1540<br>SAN DIEGO, CALIFORNIA 92101<br>TELEPHONE: 858 228 7997<br>FACSIMILE:  619 255 1856<br>EMAIL: elliot.david@hotmail.com |

<u>ATTORNEYS FOR THE PLAINTIFFS</u>

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH, *et al.*<br><br>                    PLAINTIFFS,<br>v.<br><br>SCHWARZENEGGER, *et al.*<br><br>                    DEFENDANTS.<br><br>RELATED CASES | **CASE NO:** 1:14-CV-00060-LJO-SAB<br><br>**STIPULATION AND ORDER FOR PAGE LENGTH EXTENSION OF F&R OBJECTION** |

BURNS | ELLIOT | B. PAVONE| M. PAVONE | SPIESS | ZUCKER

1 Plaintiffs Corey Lamar Smith, *et al.* (Plaintiffs), by and through their counsel Benjamin Pavone, and Defendants Arnold Schwarzenegger, *et al.*, by and through their attorney Michelle Angus, and Drs. Winslow and Igbinosa, through their counsel Kristina Gruenberg, agree that due to the significance of the issues in the Findings and Recommendations, and their length and complexity, Plaintiffs have requested that the page length be increased for the anticipated objections from 25 to 35 pages. Defendants do not oppose Plaintiffs' request.

So stipulated.

Dated: June 3, 2015

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

\s\ Michelle Angus
Michelle Angus, Esq.
Deputy Attorney General
Attorneys for Defendants Beard, Brazelton
Cate, Hartley, Hubbard, Hysen, Kernan,
Meyer, Rothchild, Schwartz-Reagle,
Schwarzenegger and Yates

Date: June 3, 2015

PAVONE & FONNER, LLP

\s\Benjamin Pavone
Benjamin Pavone, Esq.
Attorneys for Plaintiffs

Date: June 3, 2015

BURKE, SORENSON & WILLIAMS, LLP

\s\Kristina Gruenberg
Kristina Gruenberg, Esq.
Attorneys for Physician Defendants

# **ORDER**

The stipulation for the length of Plaintiffs objection to the F&R to be up to 35 pages in length is accepted and so Ordered.

IT IS SO ORDERED.

Dated:   **June 3, 2015**                            **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE