| | |
|---|---|
| LAW OFFICES OF<br>═══════════════<br>**PAVONE & FONNER, LLP**<br>═══════════════<br><br>**BENJAMIN PAVONE, ESQ.**<br>STATE BAR NUMBER 181826<br>7676 HAZARD CENTER DRIVE, 5TH FLOOR<br>SAN DIEGO, CALIFORNIA 92108<br>TELEPHONE: 619 224 8885<br>FACSIMILE: 619 224 8886<br>EMAIL: bpavone@cox.net | THE LAW OFFICES OF<br>═══════════════<br>**AFFELD GRIVAKES ZUCKER LLP**<br>═══════════════<br><br>**GREGG ZUCKER, ESQ., STATE BAR NO. 166692**<br>**VICTORIA NIEWRZOL, ESQ. STATE BAR 282889**<br>2049 CENTURY PARK EAST, SUITE 2460<br>LOS ANGELES, CALIFORNIA 90067<br>TELEPHONE: 310 979 8700<br>FACSIMILE: 310 979 8701<br>ZUCKER EMAIL: gz@agzlaw.com<br>NIEWRZOL EMAIL: vn@agzlaw.com |
| THE LAW OFFICES OF<br>═══════════════<br>**BURNS & SCHALDENBRAND**<br>═══════════════<br><br>**EDWARD BURNS, ESQ., STATE BAR NO. 201913**<br>**FREDERIK SPIESS, ESQ., STATE BAR NO. 221421**<br>509 NORTH COAST HIGHWAY<br>OCEANSIDE, CALIFORNIA 92054<br>TELEPHONE: 760 453 2189<br>FACSIMILE: 760 453 2194<br>BURNS EMAIL: ewburns@bsrlawyers.com<br>SPIESS EMAIL: frederik.spiess@bsrlawyers.com | THE LAW OFFICES OF<br>═══════════════<br>**DAVID ELLIOT, ESQ.**<br>═══════════════<br><br>**DAVID ELLIOT, ESQ., STATE BAR NO. 270381**<br>600 WEST BROADWAY, STE. 1540<br>SAN DIEGO, CALIFORNIA 92101<br>TELEPHONE: 858 228 7997<br>FACSIMILE: 619 255 1856<br>EMAIL: elliot.david@hotmail.com |

<u>ATTORNEYS FOR THE PLAINTIFFS</u>

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH, *et al.*<br><br>                    PLAINTIFFS,<br>v.<br><br>SCHWARZENEGGER, *et al.*<br><br>                    DEFENDANTS.<br><br>RELATED CASES | **CASE NO:** 1:14-CV-00060-LJO-SAB<br><br>**STIPULATION AND ORDER FOR EXTENSION TO FILE PLAINTIFFS' OBJECTION TO F&R AND DEFENSE REPLY BRIEF** |

Plaintiffs Corey Lamar Smith, *et al.* ("Plaintiffs"), by and through their counsel Benjamin Pavone, request that due to the significance of the issues in the Findings and Recommendations, and their length and complexity, Plaintiffs may have until June 24, 2015 to file their objection and Defendants may have until July 20, 2015 to file any reply.  Defendants Arnold Schwarzenegger, *et al.*, by and through their attorney Jon Allin, and Drs. Winslow and Igbinosa, through their counsel Kristina Gruenberg do not oppose Plaintiffs' request.

There has been one previous extension of these dates.  (ECF No. 167.)

So stipulated.

| | |
|---|---|
| Dated: June 15, 2015 | KAMALA D. HARRIS<br>Attorney General of California<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br><br>\s\ Jon Allin<br>Jon Allin, Esq.<br>Deputy Attorney General<br>Attorneys for Defendants Beard, Brazelton Cate, Hartley, Hubbard, Hysen, Kernan, Meyer, Rothchild, Schwartz-Reagle, Schwarzenegger and Yates |
| Date: June 15, 2015 | PAVONE & FONNER, LLP<br><br>\s\Benjamin Pavone<br>Benjamin Pavone, Esq.<br>Attorneys for Plaintiffs |
| Date: June 15, 2015 | BURKE, SORENSON & WILLIAMS, LLP<br><br>\s\Kristina Gruenberg<br>Kristina Gruenberg, Esq.<br>Attorneys for Physician Defendants |

## **ORDER**

The stipulated request to extend the date for Plaintiffs to file the objection to the Findings and Recommendations, and any response by Defendants, is GRANTED.

Plaintiffs' objection is due on June 24, 2015.

Any reply is due on July 20, 2015.

IT IS SO ORDERED.

Dated: **June 15, 2015**

UNITED STATES MAGISTRATE JUDGE