# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAMAR SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No. 1:14-cv-00060-LJO-SAB <br><br> ORDER SETTING HEARING ON PLAINTIFF GARLAND BAKER'S EMERGENCY MOTION TO PERPETUATE TESTIMONY FOR JUNE 1, 2016 |

Currently this action has been dismissed and the order of dismissal is on appeal to the Ninth Circuit. On May 24, 2016, Plaintiff Garland Baker filed an emergency motion to perpetuate his testimony. The Court shall set Plaintiff's motion for hearing on shortened time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's emergency motion to perpetuate his testimony shall be heard on June 1, 2016 at 10:45 a.m. in Courtroom 9; and

2. Defendants' responsive pleading shall be filed by noon on May 31, 2016.

IT IS SO ORDERED.

Dated: **May 25, 2016**

UNITED STATES MAGISTRATE JUDGE

1