1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  MAUREEN C. ONYEAGBAKO, State Bar No. 238419
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 322-7119
6   Fax:  (916) 324-5205
    E-mail:  Maureen.Onyeagbako@doj.ca.gov
7  *Attorneys for Defendants Schwarzenegger, Beard,*
   *Brazelton, Cate, Hartley, Hubbard, Hysen, Kernan,*
8  *Meyer, Rothchild, Schwartz-Reagle, and Yates*

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                     FRESNO DIVISION

12

13  **COREY LAMAR SMITH, et al.,**            1:14-cv-00060-LJO-SAB

14                          Plaintiffs,    **ORDER RE STIPULATION TO**
                                           **RESPOND TO REQUEST FOR**
15              v.                         **PRODUCTION OF DOCUMENTS**

16

17  **ARNOLD SCHWARZENEGGER, et al.,**

18                          Defendants.

19

20      The parties stipulate as follows:

21      1.    This action is currently on appeal before the Ninth Circuit Court of Appeals as

22  No. 15-17155.

23      2.    On June 14, 2016, this Court ordered the perpetuation of Plaintiff Garland Baker's

24  testimony under Federal Rule of Civil Procedure 27(b).  (ECF No. 211.)

25      3.    All parties desire to conduct a meaningful deposition to perpetuate Baker's testimony.

26      4.    In order to facilitate a meaningful deposition, Baker agrees to respond to Defendants'

27  Requests for Production of Documents under Federal Rule of Civil Procedure 34.  Baker has

28  represented that he will provide meaningful responses; however, if any Defendant is dissatisfied

                                    1

1   with the responses and/or corresponding production, this will not entitle that party to file

2   emergency motions seeking additional information, or otherwise upset or delay the scheduled

3   deposition set for September 22, 2016.  Defendants are not precluded from taking up these issues;

4   they are simply agreeing to address such issues without delaying the deposition.

5          5.     Baker has represented that he will provide the responses and the documents via a

6   flash drive that will be deposited with Federal Express on September 7, 2016, for next-day

7   delivery.   As indicated, the deposition is scheduled for September 22, 2016.

8          6.     The parties are engaging in the deposition and document production solely for the

9   purpose of perpetuating Baker's testimony.  No discovery is permitted as to any other individual

10  or issue in this case.

11         So stipulated.

12  Dated:  September 2, 2016                    OFFICES OF PAVONE & FONNER, LLP

13                                               /s/ Benjamin Pavone
                                                 (as authorized on September 2, 2016)
14                                               _____

15                                               BENJAMIN PAVONE
                                                 Attorney for Plaintiffs

16  Dated:  September 2, 2016                    KAMALA D. HARRIS
                                                 Attorney General of California
17                                               JON S. ALLIN
                                                 Supervising Deputy Attorney General
18
                                                 /s/ Maureen C. Onyeagbako
19                                               _____
                                                 MAUREEN C. ONYEAGBAKO
20                                               Deputy Attorney General
                                                 Attorneys for Defendants Schwarzenegger,
21                                               Beard, Brazelton, Cate, Hartley, Hubbard,
                                                 Hysen, Kernan, Meyer, Rothchild, Schwartz-
22                                               Reagle, and Yates

23  Dated:  September 2, 2016                    BURKE, WILLIAMS & SORENSEN, LLP

24                                               /s/ Kristina D. Gruenberg
                                                 (as authorized on September 2, 2016)
25                                               _____
                                                 SUSAN E. COLEMAN
26                                               KRISTINA D. GRUENBERG
                                                 Attorneys for Defendants Winslow and Igbinosa

27

28

1

2
IT IS SO ORDERED.

3
Dated:   **September 2, 2016**
_____

4
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28